**Opinion issued December 18, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00603-CV

————————————

## VANESHIA SMITH, Appellant

## V.

## AR-ENCLAVE, LLC D/B/A THE ABBEY AT ENCLAVE, Appellee

---

**On Appeal from County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Case No. 1253638**

---

## MEMORANDUM OPINION

Appellant Vaneshia Smith, proceeding pro se, failed to file a brief. *See* TEX. R. APP. P. 38.6(a), 38.8(a). On November 5, 2025, the Clerk of this Court notified Appellant that her appellate brief was past due, and her appeal was subject to dismissal. *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f). We directed Appellant to

file her brief and a motion requesting an extension to file the brief within 10 days of our notice. Appellant did not respond. *See* TEX. R. APP. P. 42.3(b), (c).

We dismiss the appeal for want of prosecution for failure to file a brief. *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f). We deny any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.